FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISRAEL CHAVEZ,

Defendant.

No. 2:26-MJ-00469-JAG-1

ORDER FOLLOWING IDENTITY HEARING AND STRIKING CASE

**USMS ACTION REQUIRED**

On Friday, July 31, 2026, the Court was scheduled to hold an initial appearance and an identity hearing. Defendant was represented by Legal Intern Erika Baires, supervised by Assistant Federal Defender Nathan Poston, and assisted by federal court-certified interpreter Flavio Posse. Assistant United States Attorney Michael Vander Giessen represented the United States.

The parties agreed that the individual present in court was not the individual charged in this case.

Accordingly, **IT IS ORDERED**:

1.    All future hearings are **STRICKEN**.

2.    The individual present in court shall be released from United States Marshals Service custody.

3.    The District Court executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

ORDER - 1

**IT IS SO ORDERED.**

DATED July 31, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2